HAMILTON SECURITIES ADVISORY SERVICES, INC., Plaintiff,

v.

UNITED STATES, Defendant.

No. 98–169C.

United States Court of Federal Claims.

May 24, 2000.

### ORDER

HORN, Judge.

For the reasons discussed with attorneys for the parties and the plaintiff's of counsel attorney at the status conference held on May 24, 2000, the court, hereby, **VACATES** the two opinions issued in the above captioned case, reported at 43 Fed.Cl. 566 and 46 Fed.Cl. 164.

**IT IS SO ORDERED.**